| | |
|---|---|
| 1  Francis L. Van Dusen, Jr. | HONORABLE FRED L. VAN SICKLE |
| 2  Adam Hughes | |
|    Miller Nash LLP | |
| 3  4400 Two Union Square | |
| 4  601 Union Street | |
|    Seattle, Washington 98101-2352 | |
| 5  (206) 622-8484 | |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
AT SPOKANE

JAMES DETWILER, JR.,

    Plaintiff,

v.

BIG 5 CORPORATION, a foreign corporation,

    Defendant.

Civil No. CV-06-21-FVS

STIPULATION AND PROTECTIVE ORDER

Plaintiff by and through his attorneys Lacy, Kane, Poulson & Smith, P.S. and Scott M. Kane and the defendants by and through their attorneys Miller Nash LLP and Francis L. Van Dusen, Jr. and Adam G. Hughes stipulate to the sub-joined order.

LACY, KANE, POULSON & SMITH, P.S.

[signature]

Scott M. Kane
WSB No. 11592
Attorneys for Plaintiff

DATE: May 23, 2006

MILLER NASH LLP

[signature]

Francis L. Van Dusen, Jr.
WSB No. 13669
Adam G. Hughes
WSB No. 34438
Attorneys for Defendants

DATE: May 19, 2006

STIPULATION AND PROTECTIVE ORDER - 1
SEADOCS:222540.1

1   Pursuant to the court's authority under Rule 26(c) of the Rules of Civil
2   Procedure, it is hereby ORDERED:

3   1.  **Designation of Documents.** Any party to this action may
4   designate any document produced or created in this litigation as confidential which it
5   believes in good faith contains or discloses any sensitive, confidential, or private
6   information. Any document so designated (hereinafter "confidential document") shall
7   be clearly marked "CONFIDENTIAL" on its face. For purposes of this Order, the
8   term "document" shall include all writings, drawings, graphs, charts, photographs,
9   phono records, and other compilations from which data can be obtained or translated,
10  through detection devices, into reasonably usable forms, whether produced or created
11  by a party or another person and/or whether produced pursuant to Rule 34 of the Civil
12  Rules, by subpoena, by agreement or otherwise. The term "document" also
13  encompasses interrogatory answers, responses to requests for admission, deposition
14  transcripts and exhibits, pleadings, motions, affidavits and briefs, interviews and
15  recorded statements, to the extent that they may contain or disclose any sensitive,
16  confidential, private or proprietary information.

17  2.  **No Waiver.** The inadvertent, unintentional, or *in camera*
18  disclosure of any confidential document (or information therein) or any document
19  subject to confidentiality protection under this Order but not marked as such (or
20  information therein), shall not, under any circumstances, be deemed a waiver, in
21  whole or in part, of any party's claim of confidentiality. Further, nothing contained in
22  this Order, and no action taken pursuant to it, shall prejudice or waive the right of any
23  party to contest the alleged relevancy, admissibility, or discoverability of any
24  document or information, whether confidential or not.

25
26

STIPULATION AND PROTECTIVE ORDER - 2
SEADOCS:222540.1

MILLER NASH LLP
ATTORNEYS AT LAW
TELEPHONE (206) 622-8484
4400 TWO UNION SQUARE
601 UNION STREET, SEATTLE, WASHINGTON 98101-2352

3. **Objections to Confidentiality Designations.** Any party may apply to the Court for a ruling that a confidential document (or category of confidential documents) is not entitled to such status and protection only after meeting and conferring in good faith with respect to the objection. All parties, including the party or other person that designated the document as confidential, shall be given notice of the application and an opportunity to respond.

4. **General Use of Confidential Documents.**

(a) The use of any confidential documents or information therein shall be restricted to use for preparation and trial of this litigation and shall not be used for any other purpose.

(b) Except with the prior written consent of the designating party or as otherwise expressly permitted by this order, confidential documents and the information therein shall not be revealed to any person not a party, except as follows:

(i) Confidential documents and information therein may be revealed to any outside attorney of record for the parties to this action and to persons regularly employed by such attorneys to assist them in this litigation to the extent reasonably necessary to render professional services in this action;

(ii) Confidential documents and information therein may further be revealed to, and a copy given to an accountant, economist, or other person who has been retained by counsel in this action as a consultant or as an expert witness; and

(iii) Confidential documents and the information revealed therein may be revealed to deponents during their depositions.

(c) The attorneys of record are responsible for employing reasonable measures, consistent with this Order, to control duplication of, access to, and distribution of copies of confidential documents and the information therein. Each

STIPULATION AND PROTECTIVE ORDER - 3
SEADOCS:222540.1

MILLER NASH LLP
ATTORNEYS AT LAW
TELEPHONE (206) 622-8484
4400 TWO UNION SQUARE
601 UNION STREET, SEATTLE, WASHINGTON 98101-2352

copy of a confidential document must have the legend "CONFIDENTIAL" on its face. In no event shall the parties duplicate any confidential documents except for working copies and for filing in court under seal. Each copy of a confidential document shall be considered a confidential document governed by this protective order.

5. **Trial.** Prior to any trial on the merits in this action, the parties shall mutually discuss and attempt to agree on the method and manner by which the confidentiality of the documents and information subject hereto will be preserved at time of trial. In the event that the parties are unable to agree on the method and manner, they shall seek court intervention and ruling on the issue in advance of trial.

6. **Nontermination.** The provisions of this Order shall survive the termination of this action. Within thirty (30) days after final conclusion of all aspects of this litigation, all confidential documents subject hereto and all copies of the same (other than those in the possession of outside counsel or filed with the Court) shall, at the request of the party producing and/or designating the documents, be returned to that party. If, after thirty (30) days after final conclusion of all aspects of this litigation, the party who produced and/or designated the confidential documents does not request return of the documents, the documents shall be destroyed.

**Modification.** This Order may be modified at any time by agreement of the parties or on motion to the court following compliance with the meet and confer provision of paragraph 3 of this Order.

STIPULATION AND PROTECTIVE ORDER - 4
SEADOCS:222540.1

MILLER NASH LLP
ATTORNEYS AT LAW
TELEPHONE (206) 622-8484
4400 TWO UNION SQUARE
601 UNION STREET, SEATTLE, WASHINGTON 98101-2352

1  DATED this __2nd__ day of __June__, 2006.

2

3

4
S/ Fred Van Sickle
_____
Honorable Fred L. Van Sickle
United States District Court Judge

5

6  Presented by:

7

8  MILLER NASH LLP

9  *[signature]*

10 Francis L. Van Dusen, Jr.

11 WSB No. 13669
   Adam G. Hughes

12 WSB No. 34438

13    Attorneys for Defendants

14 Approved as to form; notice of

15 presentation waived:

16 LACY, KANE, POULSON & SMITH, P.S.

17

18 *[signature]*

19 Scott M. Kane
   WSB No. 11592

20    Attorneys for Plaintiff

21

22

23

24

25

26

STIPULATION AND PROTECTIVE ORDER - 5
SEADOCS:222540.1