UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

JAMES DETWILER, JR.,

          Plaintiff,

       v.

BIG 5 CORPORATION,

          Defendant.

No. CV-06-021-FVS

ORDER

**THIS MATTER** having come before the Court based upon stipulations submitted by the parties; Now, therefore

    **IT IS HEREBY ORDERED:**

    1. The stipulated request for entry of a protective order (Ct. Rec. 16) is granted.

    2. The stipulated request for leave to file an amended complaint (Ct. Recs. 17, 18) is granted.

    **IT IS SO ORDERED.**  The District Court Executive is hereby directed to enter this order and furnish copies to counsel.

    **DATED** this   2nd   day of June, 2006.

                 s/ Fred Van Sickle
                      Fred Van Sickle
             United States District Judge

ORDER - 1