| | | |
|---|---|---|
| 1 | Francis L. Van Dusen, Jr. | HONORABLE FRED L. VAN SICKLE |
| 2 | Adam Hughes | |
| | Miller Nash LLP | |
| 3 | 4400 Two Union Square | |
| 4 | 601 Union Street | |
| | Seattle, Washington 98101-2352 | |
| 5 | (206) 622-8484 | |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
AT SPOKANE

| | | |
|---|---|---|
| 10 | JAMES DETWILER, JR., | |
| 11 | Plaintiff, | Civil No. CV-06-21-FVS |
| 12 | v. | DISMISSAL ORDER |
| 13 | BIG 5 CORPORATION, a foreign corporation, | |
| 14 | | |
| 15 | Defendant. | |

Based on the parties' stipulation, it is hereby ORDERED, ADJUDGED, AND DECREED that:

The plaintiff's complaint, as amended, and all claims against Big 5 Corp. are dismissed with prejudice and without the award of any fees or costs.

DATED this 28th day of September, 2006.

s/ Fred Van Sickle
HONORABLE FRED L. VAN SICKLE

DISMISSAL ORDER - 1
Civil No. CV-06-21-FVS
SEADOCS:243983.1

MILLER NASH LLP
ATTORNEYS AT LAW
TELEPHONE (206) 622-8484
4400 TWO UNION SQUARE
601 UNION STREET, SEATTLE, WASHINGTON 98101-2352

Presented by:

MILLER NASH LLP

Francis L. Van Dusen, Jr.,
WSBA No. 13669
Adam G. Hughes
WSBA No. 34438

Attorneys for Defendant

*APPROVED AS TO FORM; NOTICE OF PRESENTATION WAIVED:*

LAW OFFICES OF LACY, KANE,
POULSON & SMITH, P.S.

Scott M. Kane, WSBA No. 11592

Attorneys for Plaintiff

DISMISSAL ORDER - 2

SEADOCS:243983.1

MILLER NASH LLP
ATTORNEYS AT LAW
TELEPHONE (206) 622-8484
4400 TWO UNION SQUARE
601 UNION STREET, SEATTLE, WASHINGTON 98101-2352